Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff SHERRIE LYNN LEE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRIE LYNN LEE, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN COLVIN, Acting Commissioner of Social Security, <br><br> Defendant | Case No.:   1:15-cv-01074-EPG <br><br> STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Sherri Lynn Lee ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to provide Defendant with Plaintiff's Settlement Letter Brief to January 7, 2016; and that Defendant shall have until February 11, 2016, to provide a response.

-1-

1  An extension of time for plaintiff is needed in order to properly address the
2  issues within the administrative record in this matter.  Counsel sincerely apologizes
3  to the court for any inconvenience this may have had upon it or its staff.

4  DATE: January 7, 2016            Respectfully submitted,

5                                   LAW OFFICES OF LAWRENCE D. ROHLFING

6                                        /s/ *Steven G. Rosales*
                              BY: _____
7                                   Steven G. Rosales
                                    Attorney for plaintiff SHERRIE LYNN LEE
8

9  DATE:  January 7, 2016           BENJAMIN WAGNER
                                    United States Attorney
10                                  Donna L. Calvert
                                    Regional Chief Counsel, Region IX
11                                  Social Security Administration
12

13                                  */S/- Jennifer Lee Tarn
                                    _____
14
                                    Jennifer Lee Tarn
15                                  Special Assistant United States Attorney
                                    Attorney for Defendant
16                                  [*Via email authorization]

17

18

19

20

21

22

23

24

25

26

-2-

**Order**

IT IS HEREBY ORDERED that plaintiff may have an extension of time to provide Defendant with her Settlement Letter Brief. Plaintiff shall serve her brief no later than January 7, 2016; Defendant may have an extension of time to February 11, 2016 to serve her response. All other dates in the scheduling order (ECF No. 4) are adjusted accordingly.

IT IS SO ORDERED.

Dated:   **January 8, 2016**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE