Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Sherrie Lynn Lee

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| SHERRIE LYNN LEE, | Case No.: 1:15-cv-01074-EPG |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation between the parties (ECF No. 15), the above captioned matter is DISMISSED WITH PREJUDICE, each party to bear its own fees, costs, and expenses.  The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **March 15, 2016**            /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

-1-